UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARIQUE DROSS, JR.,

    Petitioner,

v.                                  CASE NO. 6:09-cv-749-Orl-28DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 22) is DENIED as moot. This Court previously denied Petitioner a Certificate of Appealability on November 22, 2010 (Doc. No. 17).

**DONE AND ORDERED** in Orlando, Florida, this 27 day of January, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/25
Arique Dross, Jr.
Counsel of Record

---

[1] Petitioner's Notice of Appeal (Doc. No. 21) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).