UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARIQUE DROSS, JR.,

    Petitioner,

v.                                      CASE NO. 6:09-cv-749-Orl-28DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Motion for Leave to Appeal in Forma Pauperis (Doc. No. 25) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2. Petitioner's Motion for Extension of Time to File an Inmate Trust Account Printout (Doc. No. 24) is **DENIED** as moot.

DONE AND ORDERED at Orlando, Florida this 23 day of February, 2011.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 2/23
Arique Dross, Jr.
Counsel of Record